-PS-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

GARY GILLARD,

        Plaintiff,

        -v-

JEREMY M. CLEMENT, et al.,

        Defendants.

**ORDER**
07-CV-281S

---

Whereas by letter dated May 5, 2008, Plaintiff has brought to the Court's attention an error with respect to the manner in which documents filed by Plaintiff with the Court on May 1, 2008 were docketed and captioned (Docket Nos. 28 and 29), and has requested that the documents filed on that date be appropriately arranged and docketed to reflect what Plaintiff intended to file,

IT HEREBY IS ORDERED, that the Clerk of the Court shall appropriately rearrange and redocket the papers filed by the Plaintiff on May 1, 2008 in accordance with the Plaintiff's intention to have the papers contained in Docket No. 29 be filed as Plaintiff's Response to the Defendants' motion (Docket No. 16) to set aside the Clerk's Entry of Default;

FURTHER, that the Clerk of the Court shall amend the description of the docket text of the papers constituting Docket No. 29 to read "RESPONSE and Requested Dismissal of 16 Defendants' Motion to Set Aside Entry of Default by Gary Gillard";

FURTHER, that the Clerk of the Court shall delete from the Docket report the entry dated May 1, 2008, the text of which begins : "Clerk's Default Not Entered";

FURTHER, that the Defendants' reply, if any, to the Plaintiff's response to Defendants' Motion to Set Aside the Entry of Default is due July 10, 2008;

FURTHER, that the Court will entertain no requests by Plaintiff for a further extension of time to respond to Defendants' Motion to Set Aside Default, or to supplement the Response already filed (Docket No. 29).

SO ORDERED.

Dated:   June 23, 2008
         Buffalo, New York

                                           /s/William M. Skretny
                                           WILLIAM M. SKRETNY
                                           United States District Judge